AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NATHEN RYAN TERAULT,

    *Plaintiff*

v.

ROBERT JACKSON; STEVEN SUNDBERG; MIKE BUTLER; CHRIS NEWTON; KEVIN BOWEN; and KEVIN WALKER,

    *Defendant*

Civil Action No.  4:24-cv-05133-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 16, 2024**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion, ECF No. 10, is GRANTED. The Complaint, ECF No. 1, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian

Date: 12/16/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
    *(By) Deputy Clerk*

Lee Reams